170 A.3d 939

MICHAEL MARRANCA, PLAINTIFF–MOVANT,
v. VALERY LOYTSKER, DEFENDANT.

September 22, 2017

ORDER

It is ORDERED that the motions for leave to file a motion for reconsideration as within time (M–105) and file an overlength brief (M–106) are granted.

170 A.3d 940

JERSEY CENTRAL POWER & LIGHT COMPANY, PLAINTIFF–PETITIONER, v. HAROLD A. PONTECORVO AND HAPCO FENCE CONTRACTORS, INC., DEFENDANTS–RESPONDENTS.

September 22, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005620–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.